# EXHIBIT 1



US010428949B2

(12) **United States Patent**  
Miller et al.

(10) Patent No.: **US 10,428,949 B2**  
(45) Date of Patent: ***Oct. 1, 2019**

(54) **PACKING ASSEMBLY FOR A PUMP**

(71) Applicant: **UTEX Industries, Inc.**, Houston, TX (US)

(72) Inventors: **John A. Miller**, Weimer, TX (US); **Robert H. Ash, Jr.**, Magnolia, TX (US)

(73) Assignee: **UTEX Industries, Inc.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 169 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/370,625**

(22) Filed: **Dec. 6, 2016**

(65) **Prior Publication Data**

US 2017/0082199 A1    Mar. 23, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/459,869, filed on Aug. 14, 2014, now Pat. No. 9,534,691, which is a (Continued)

(51) **Int. Cl.**  
*F16J 15/18* (2006.01)  
*F16J 15/16* (2006.01)  
(Continued)

(52) **U.S. Cl.**  
CPC ......... *F16J 15/166* (2013.01); *F04B 39/0005* (2013.01); *F04B 53/02* (2013.01); (Continued)

(58) **Field of Classification Search**  
CPC ......... F16J 15/18; F16J 15/322; F16J 15/3216  
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,819,102 A    1/1958    Horvath  
2,953,398 A    9/1960    Haugen et al.  
(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO 01/06086    1/2001  
WO    WO 2011/117602    6/2012

OTHER PUBLICATIONS

Office Action dated Sep. 20, 2011, by the USPTO, regarding U.S. Appl. No. 12/347,207, 10 pages.

(Continued)

*Primary Examiner* — F Daniel Lopez  
(74) *Attorney, Agent, or Firm* — Haynes and Boone, LLP

(57) **ABSTRACT**

A header ring for use in a stuffing box comprising an annular body portion of an elastomeric material, an annular radially inward projecting sealing lip portion formed on said body portion and an annular, axially facing pedestal portion formed on said body portion, said pedestal portion defining an annularly extending radially inwardly facing pedestal surface, the sealing lip portion defining an annularly extending, radially inward facing sealing surface, the sealing surface and the pedestal surface forming a juncture, at least a portion of the pedestal portion adjacent the juncture and forming the pedestal surface and at least a portion of the sealing lip portion adjacent the juncture and forming a portion of the sealing surface being comprised of a layer of reinforced elastomeric material bonded to the body portion.

**16 Claims, 3 Drawing Sheets**



### Related U.S. Application Data

continuation of application No. 13/954,672, filed on Jul. 30, 2013, which is a continuation of application No. 13/440,585, filed on Apr. 5, 2012, now abandoned, which is a continuation of application No. 12/347,207, filed on Dec. 31, 2008, now abandoned.

(60) Provisional application No. 61/018,538, filed on Jan. 2, 2008.

(51) **Int. Cl.**
*F16J 15/20* (2006.01)
*F04B 53/02* (2006.01)
*F04B 39/00* (2006.01)
*F04B 53/14* (2006.01)
*F04B 53/16* (2006.01)

(52) **U.S. Cl.**
CPC .............. *F04B 53/14* (2013.01); *F04B 53/16* (2013.01); *F16J 15/181* (2013.01); *F16J 15/20* (2013.01); *Y10T 29/49236* (2015.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,013,830 | A | 12/1961 | Milligan |
| 3,419,280 | A | 12/1968 | Wheeler |
| 4,138,144 | A | 2/1979 | Pierce, Jr. |
| 4,219,204 | A | 8/1980 | Pippert |
| 4,310,163 | A | 1/1982 | Pippert |
| 4,440,404 | A | 4/1984 | Roach et al. |
| 4,474,382 | A | 10/1984 | Hjelsand |
| 4,510,994 | A | 4/1985 | Pringle |
| 4,729,432 | A | 3/1988 | Helms |
| 4,823,882 | A | 4/1989 | Stokley et al. |
| 4,848,463 | A | 7/1989 | Ringgenberg et al. |
| 4,893,678 | A | 1/1990 | Stokley et al. |
| 5,462,121 | A | 10/1995 | Schmuck et al. |
| 5,960,700 | A | 10/1999 | Staggs et al. |
| 6,817,228 | B2 | 11/2004 | Upton et al. |
| 6,907,936 | B2 | 6/2005 | Fehr et al. |
| 7,108,067 | B2 | 9/2006 | Themig et al. |
| 7,124,824 | B2 | 10/2006 | Turner et al. |
| 7,134,505 | B2 | 11/2006 | Fehr et al. |
| 7,322,417 | B2 | 1/2008 | Rytlewski et al. |
| 7,377,321 | B2 | 5/2008 | Rytlewski |
| 7,503,392 | B2 | 3/2009 | King et al. |
| 7,543,634 | B2 | 6/2009 | Fehr et al. |
| 7,628,210 | B2 | 12/2009 | Avant et al. |
| 7,644,772 | B2 | 1/2010 | Avant et al. |
| 7,681,650 | B2 | 3/2010 | Telfer et al. |
| 7,861,774 | B2 | 1/2011 | Fehr et al. |
| 8,215,401 | B2 | 7/2012 | Braekke et al. |
| 8,261,761 | B2 | 9/2012 | Gerrard et al. |
| 8,356,670 | B2 | 1/2013 | Telfer |
| 8,397,820 | B2 | 3/2013 | Fehr et al. |
| 8,479,822 | B2 | 7/2013 | Hofman et al. |
| 8,479,823 | B2 | 7/2013 | Mireles |
| 8,540,019 | B2 | 9/2013 | Hofman et al. |
| 8,668,013 | B2 | 3/2014 | O'Connell et al. |
| 8,783,365 | B2 | 7/2014 | McCoy et al. |
| 8,789,600 | B2 | 7/2014 | O'Connell et al. |
| 9,534,691 | B2 * | 1/2017 | Miller .................... F16J 15/166 |
| 2006/0213670 | A1 | 9/2006 | Bishop et al. |
| 2007/0017679 | A1 | 1/2007 | Wolf et al. |
| 2007/0278017 | A1 | 12/2007 | Shen et al. |
| 2008/0066924 | A1 | 3/2008 | Xu |
| 2009/0308588 | A1 | 12/2009 | Howell et al. |
| 2011/0278017 | A1 | 11/2011 | Themig et al. |
| 2012/0048556 | A1 | 3/2012 | O'Connell et al. |
| 2013/0068475 | A1 | 3/2013 | Hofman et al. |
| 2013/0118732 | A1 | 5/2013 | Chauffe |
| 2013/0133876 | A1 | 5/2013 | Naedler et al. |
| 2013/0248201 | A1 | 9/2013 | Jackson |
| 2013/0333891 | A1 | 12/2013 | Fripp et al. |

OTHER PUBLICATIONS

Office Action dated Dec. 12, 2011, by the USPTO, regarding U.S. Appl. No. 12/347,207, 8 pages.
Defendant Gardner Denver, Inc.'s Response to Plaintiff UTEX Industries' Opening Claim Construction Brief, filed in U.S. District Court for the Southern District of Texas Houston Division, *UTEX Industries, Inc.* v. *Troy Wiegand and Gardner Denver, Inc.*, Civil Case No. 4:18-cv-01254, filed on Jan. 11, 2019.
Memorandum Opinion and Order, filed in the U.S. District Court for the Southern District of Texas Houston Division, *UTEX Industries, Inc.* v. *Gardner Denver, Inc. and Troy Wiegand*, Civil Case No. H-18-1254, filed on Feb. 7, 2019.
Defendants Troy Wiegand and Gardner Denver, Inc.'s Invalidity Contentions and accompanying Claim Charts, filed in U.S. District Court for the Southern District of Texas Houston Division, *UTEX Industries, Inc.* v. *Troy Wiegand and Gardner Denver, Inc.*, Civil Case No. 4:18-cv-01254, filed on Sep. 28, 2018.
UTEX Well Service Packing, Styles & Material Section Guide (Commercial Sales Information), Style 0788-18 Homogeneous pertaining to Figs 1-2 and Style 0788-20 dual durometer pertaining to and Figs. 3-4, Aug. 2007.
Plaintiff UTEX Industries' Opening Claim Construction Brief, filed in U.S. District Court for the Southern District of Texas Houston Division, *UTEX Industries, Inc.* v. *Troy Wiegand and Gardner Denver, Inc.*, Civil Case No. 4:18-cv-01254, filed on Dec. 14, 2018.
Plaintiff UTEX Industries' Reply in Support of Its Opening Claim Construction Brief, filed in U.S. District Court for the Southern District of Texas Houston Division, *UTEX Industries, Inc.* v. *Troy Wiegand and Gardner Denver, Inc.*, Civil Case No. 4:18-cv-01254, filed on Jan. 18, 2019.
Transcript of the Markman Hearing held on Jan. 31, 2019 in connection with *UTEX Industries, Inc.* v. *Troy Wiegand and Gardner Denver, Inc.*, Civil Case No. 4:18-cv-01254, filed in U.S. District Court for the Southern District of Texas Houston Division.
Defendants Troy Wiegand and Gardner Denver, Inc.'s Final Invalidity Contentions, filed in U.S. District Court for the Southern District of Texas Houston Division, *UTEX Industries, Inc.* v. *Troy Wiegand and Gardner Denver, Inc.*, Civil Case No. 4:18-cv-01254, filed on May 22, 2019.
Hallite Seals Catalog dated 1999.

* cited by examiner



FIG.1 (PRIOR ART)

FIG.2 (PRIOR ART)

FIG.3 (PRIOR ART)



FIG. 4 (PRIOR ART)

FIG. 5

FIG. 6



FIG. 7

FIG. 8

FIG. 9

**1**

# PACKING ASSEMBLY FOR A PUMP

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 14/459,869 filed Aug. 14, 2014, which is a Continuation of U.S. patent application Ser. No. 13/954,672 filed Jul. 30, 2013 now abandoned, which is a Continuation of U.S. patent application Ser. No. 13/440,585, filed Apr. 5, 2012 now abandoned, which is a Continuation of U.S. patent application Ser. No. 12/347,207, filed Dec. 31, 2008 now abandoned, which claims the benefit of U.S. Provisional Application No. 61/018,538 filed on Jan. 2, 2008, the disclosures of which are incorporated herein by reference for all purposes.

## BACKGROUND OF THE INVENTION

Field of the Invention

The present invention relates to a packing or seal assembly for a pump and more particularly to a header ring for use in such an assembly.

Description of Prior Art

Piston pumps or plunger pumps are positive displacement pumps and are commonly used in environments where the fluids which are being handled pose problems such as high temperatures, viscous and very viscous media or solids-charged liquids.

One important use of plunger pumps is in the oil and gas industry and particularly in the drilling, completion and/or stimulation of oil or gas wells. In these applications, it is common to employ solids laden drilling fluids, e.g., muds, cement slurries, fracturing slurries, acids and the like, which frequently must be pumped under high pressure into the well. This is particularly true in the case of completion and/or stimulation procedures where very high pressures are employed and the fluids being handled are typically slurries which make the fluids highly abrasive because of the large solids content of the slurries.

As is well known in the art, positive displacement reciprocating plunger-type pumps in this environment pose difficult sealing problems at the high pressure end where the abrasive fluid must be prevented from leaking between the reciprocating plunger and the cylinder or housing within which it reciprocates.

Although a variety of sealing or packing systems are known to seal between the reciprocating plunger and the cylinder, a typical seal arrangement comprises one or more V-shaped or Chevron packing rings with various male and female adaptor rings at the forward and rearward ends of the packing assembly. To ensure sealing between the plunger and the cylinder, the sealing assembly can be placed under compression by an adjusting ring, spring loading, etc.

A typical packing assembly of the type under discussion includes a header ring which is typically made of an elastomeric material. The header ring can be constructed of a homogeneous elastomeric material or an elastomeric material containing layers of cloth or other reinforcing type materials. It is also known to cover certain surfaces of the header ring, particularly the so-called rearward surfaces with a reinforcing fabric.

It has been found that, with respect to the header ring, failure of the sealing assembly primarily occurs due to a phenomena known as "nibbling." This nibbling phenomenon can be best understood by reference to FIGS. **1-4** which depict prior art construction for header rings of the type under consideration. FIG. **1** depicts a typical homogeneous elastomeric header ring shown as **10**. As can be seen in FIG. **1**, header ring **10** is made of a homogeneous elastomeric material and comprises an annular body portion **12**.

Integrally formed with body **12**, is an annular, radially inwardly projecting wiping lip **14**, an annularly extending, axially facing bead **16**, an annular pedestal portion **18**. Header ring **10** includes a forwardly facing, annularly extending planar surface **20**, an annularly extending, radially outwardly facing cylindrical surface **22**, an annularly extending, radially inwardly facing cylindrical surface **24** and a radially inwardly facing convex sealing surface **26**, surfaces **24** and **26** being adjoined at an annularly extending juncture **28**.

Referring now to FIG. **2**, the header ring **10** is shown after use and after a portion of the header ring has been nibbled out. As can be seen, the nibbled out area indicated at **30** comprises a portion of header ring **10** formed by intersecting surfaces **24** and **26**. More specifically, it can be seen that the juncture **28** shown in FIG. **1** between surfaces **24** and **26** has been gouged out due to the nibbling effect.

FIGS. **3** and **4** depict another prior art header ring, FIG. **3** depicting the header ring in its original or undamaged state, FIG. **4** depicting the header ring of FIG. **3** following use and damage as a result of nibbling. The header ring **10**A shown in FIG. **3** has a body portion **32** comprised of first body section **34** and second body section **36**. Section **36** of body portion **32** comprises a fabric or fiber reinforced material while portion **34** is formed of a homogeneous elastomeric material construction. As in the case of header ring **10**, there is an annular pedestal **38**, an annular bead **40** and an annular sealing lip **42**. FIG. **4** shows the header ring **10**A of FIG. **3** which has been damaged due to nibbling and once again the nibbling has occurred at the juncture **46** between radially inwardly facing cylindrical wall **43** and radially inwardly facing surface **45**.

## SUMMARY OF THE INVENTION

In one aspect, the present invention provides a header ring for use in a packing or seal assembly between a reciprocating, cylindrical member and a cylindrical wall of a housing in which the cylindrical member reciprocates.

In one aspect, the header ring of the present invention has an annularly extending body portion, at least a portion of which comprises an elastomeric material, an annular pedestal portion formed on said body and having an annular, radially inwardly facing pedestal surface, a radially inwardly facing, annularly extending sealing lip formed on said body and having a radially inwardly facing sealing surface, at least a portion of the pedestal portion forming the pedestal surface and an at least a portion of the sealing lip forming at least a portion of the sealing surface being comprised of a layer of fabric reinforced elastomeric material.

In another aspect of the present invention, there is provided a sealing assembly for sealing between a cylindrical movable member and a housing having a cylindrical bore in which the cylindrical member reciprocates, the sealing assembly including a header ring as described above.

The foregoing objects, features and advantages of the present invention, as well as others, will be more fully understood and better appreciated by reference to the following drawings, specification and claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a cross-sectional view of a prior art header ring prior to installation.

FIG. **2** is a cross-sectional view of the header ring of FIG. **1** which has been damaged by nibbling.

FIG. **3** is a cross-sectional view of another type of prior art header ring prior to installation.

FIG. **4** is a cross-sectional view of the header ring of FIG. **3** which has been damaged by nibbling.

FIG. **5** is a cross-sectional view of one embodiment of the header ring of the present invention.

FIG. **6** is a cross-sectional view of another embodiment of the header ring of the present invention.

FIG. **7** is a cross-sectional view of another embodiment of the header ring of the present invention.

FIG. **8** is a schematic view, partly in section, of a sealing assembly according to the present invention in the stuffing box of a plunger pump.

FIG. **9** is an enlarged view of the circled portion of the header ring shown in FIG. **8**.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring first to FIG. **5**, the header ring **50** comprises an annular body portion **52**, an annular axially extending pedestal **53**, an annular, axially extending bead **56**, distal the pedestal **53**, and a radially inwardly facing, annularly extending sealing lip **58**. As can be seen, body **52**, bead **56**, pedestal **53** and sealing lip **58** are integrally formed, for the most part, of a homogeneous, elastomeric material. However, a portion **60** of the pedestal **53** forming the radially inwardly facing cylindrical surface **61** and the portion **62** of the sealing lip **58** forming a portion of sealing surface **64** is comprised of a layer of reinforced, elastomeric material, bonded to the homogeneous elastomeric material of the remainder of header ring **50**. As seen, the portions **60** and **62** extend over the juncture **63** of surfaces **61** and **64**. When in the relaxed state as shown in FIG. **5**, the fabric reinforced sections **60** and **62**, when adjoined, are generally L-shaped when viewed in transverse cross-section.

FIG. **6** shows another embodiment of the present invention wherein the header ring **68** has an annular body portion **70** which is primarily made of a homogeneous elastomeric material. The header ring **68** has an annular, radially outwardly facing cylindrical surface **72**. Bonded to the homogeneous elastomeric portion of body **70** is an annular layer **74** of a fabric reinforced elastomer, the layer **74** covering the surfaces of the pedestal **76**, the sealing lip **78**, the bead **80** and portions of the forward and rearward portions of the body **70** forming surface **72**. As in the case of the embodiment shown in FIG. **5**, the portions of the pedestal **76** and sealing lip **78** forming juncture **82** between the pedestal **76** and the sealing lip **78** is formed of a layer of fabric reinforced elastomeric material forming adjoining surfaces **82**A and **82**B.

Turning to FIG. **7**, there is shown another embodiment of the present invention, wherein the header ring, shown generally as **88**, has a body **89**, the core **90** of which is comprised of an elastomeric material, a portion of annular pedestal **92** and a portion of annular sealing lip **94**. Unlike the embodiment shown in FIG. **6**, in the embodiment shown in FIG. **7**, the reinforced fabric layer **96** completely encapsulates or surrounds the core **90** of body portion **89**.

FIG. **8** depicts a typical sealing assembly **101** for use in a stuffing box, shown generally as **100**, of a plunger-type pump employing a header ring of the present invention. Stuffing box **100** comprises a housing **102** having a bore **104** extending therethrough, bore **104** defining a cylindrical surface **103**. Housing **102** also has a shoulder portion **108**. Movably, e.g., reciprocally, positioned in bore **104** is a plunger, piston or shaft **106**. Sealing assembly **101** comprises an annular gland **105**, an annular header ring **110**, an-annular, first seal ring **112**, and an annular, second seal ring **114**. The sealing assembly **101** also includes a top, annular adaptor ring **116** and an annular bushing **118**. As can be seen, header ring **110** forms a wiper ring at the high pressure end of the sealing assembly **101**, its primary function being to prevent abrasives/solids from entering the region where the seal rings **112** and **114** are positioned and thereby prevent excessive wear on seal rings **112** and **114**. It is also to be noted that, as shown in FIG. **8**, header ring **110** no longer has the shape shown in, for example, FIG. **5** since the radially inwardly extending sealing lip **111** has been compressed to effect sealing between the plunger **106** and the housing **102**, the cylindrical surface **103** being in sealing engagement with an annular, radially outwardly facing surface **109** of the compressed header ring **110** which is generally cylindrical.

Referring now to FIG. **9**, there is shown an enlargement of the circled portion of FIG. **8**. As an example of the present invention, header ring **110** is constructed essentially the same as the header ring shown in FIG. **5** having a generally L-shaped, annularly extending reinforcing section or layer **120** that bridges the juncture **122** between the surface of sealing lip **124** and the surface of pedestal **126**.

While packing assembly **101** has been shown as containing two seal rings of the chevron or V-shaped type, it will be appreciated that depending upon the use to which the plunger pump is subjected, fewer or more sealing rings can be employed. It will also be seen that the annular bead **119** of header ring **110** is nested in the annularly extending, axially facing groove in seal ring **112** so as to anchor seal ring **112** to the header ring **110**. It will be appreciated that the seal rings **112** and **114** can be constructed of various materials and have various shapes, the only provision being that they have sufficient resiliency to effect sealing between the housing **102** and plunger **106**. Generally speaking, components such as annular bushing **118**, top adaptor **116**, and annular gland **105** are made of a metallic material, e.g., brass.

The packing assembly **101** can be energized by header ring **110** and can be made to be adjustable by techniques well known in the art. If, however the packing assembly **101** is preloaded, care must be taken to ensure that the correct amount of preload is employed to prevent movement of the sealing assembly in the housing or stuffing box to prevent excessive wear on the sealing assembly. In this regard, if there is too little preload the packing will move in the housing wearing both the ID and OD of the seal rings as well as the header ring causing premature wear and in extreme cases causing wear in the stuffing box resulting in expensive repair or refurbishment. On the other hand, if the packing assembly is adjusted with too little preload, high friction forces cause accelerated wear of the header ring and the seal rings with premature failure.

The homogeneous elastomeric core of the header ring of the present invention can be made from a number of different natural or synthetic rubbers as, for example, nitrile or butadiene rubber, with a desired degree of hardness again depending upon the use to which the plunger pump is exposed. Likewise, the elastomeric portions of the seal rings **112** and **114** can be of various rubbers with desirable hardness. As indicated, the seal rings, e.g., seal rings **112** and **114**, can be reinforced with fabric, can be homogeneous elastomeric materials, can have anti-extrusion portions, etc.

5

Sections **61** and **62** forming an anti-nibbling section, as seen in FIG. **5** indicated, are generally a fabric reinforced rubber, synthetic or natural. The term fabric as used with respect to the anti-nibbling wear section of the various embodiments of the present invention is used in the broadest sense and includes any cloth or cloth-like structure made by any technique such as knitting, weaving or felting of fibers of natural or synthetic materials as well as mixed fibers and includes, without limitation, fibers of cotton, nylon, polyester, polyester blends, aramid fibers, fiberglass fibers or any combination thereof.

The foregoing description and examples illustrate selected embodiments of the present invention. In light thereof, variations and modifications will be suggested to one skilled in the art, all of which are in the spirit and purview of this invention.

The invention claimed is:

1. A header ring comprising:
an opening;
a radially inwardly facing annularly extending sealing lip adjacent the opening;
a radially inwardly facing cylindrical surface adjacent the opening;
an annular radially outwardly facing cylindrical surface opposite the opening;
a first annular radially extending surface extending between the radially inwardly facing cylindrical surface and the annular radially outwardly facing cylindrical surface;
a second annular axially extending surface extending between the annular radially outwardly facing cylindrical surface and the radially inwardly facing annularly extending sealing lip;
an axially extending annular bead opposite the first annular radially extending surface, the bead being adjacent the second annular axially extending surface and the radially inwardly facing annularly extending sealing lip; and
fabric reinforced elastomeric material covering at least the radially inwardly facing annularly extending sealing lip and the radially inwardly facing cylindrical surface.

2. The header ring of claim **1**, wherein the fabric reinforced elastomeric material forms a barrier blocking operational nibbling away of the header ring at a junction of the radially inwardly facing annularly extending sealing lip and the radially inwardly facing cylindrical surface.

3. A header ring comprising:
an opening;
a radially inwardly extending first annular surface adjacent the opening, wherein the radially inwardly extending first annular surface has a portion facing in a first direction;
an axially extending second annular surface opposite the opening;
a radially extending third annular surface facing in the first direction and extending between the first annular surface and the second annular surface;
a fourth annular surface facing in a second direction, the second direction being opposite to the first direction, and extending between the second annular surface and the radially inwardly extending first annular surface;
an axially extending annular bead facing in the second direction and opposite the third annular surface, the bead being adjacent the first annular surface; and
fabric reinforced elastomeric material covering at least the surfaces of the header ring facing in the first direction.

6

4. The header ring of claim **3**, wherein the fabric reinforced elastomeric material covers the radially inwardly extending first annular surface, the axially extending second annular surface, the radially extending third annular surface facing in the first direction, and the fourth annular surface facing in the second direction.

5. The header ring of claim **3**, wherein the fabric reinforced elastomeric material covers the radially inwardly extending first annular surface, the axially extending second annular surface, the radially extending third annular surface facing in the first direction, the fourth annular surface facing in the second direction and the axially extending annular bead facing in the second direction.

6. A header ring comprising:
an opening; and
a resilient body, comprising:
a radially inwardly extending first annular portion adjacent the opening, the radially inwardly extending first annular portion having a portion facing in a first direction;
an axially extending second annular portion adjacent the opening;
an axially extending third annular portion opposite the opening;
a radially extending fourth annular portion facing in the first direction and extending between the second and third annular portions;
a fifth annular portion facing in a second direction, the second direction being opposite to the first direction, and extending between the third annular portion and the first annular portion;
an axially extending annular bead facing in the second direction and opposite the fourth annular portion, the bead being adjacent the first annular portion; and
fabric reinforced elastomeric material covering at least the portion of the radially inwardly extending first annular portion facing in the first direction and the axially extending second annular portion.

7. The header ring of claim **6**, wherein the resilient body is formed substantially entirely from a homogeneous elastomeric material.

8. The header ring of claim **7**, wherein the homogeneous elastomeric material is natural rubber or synthetic rubber.

9. A header ring comprising:
an opening;
a resilient body, comprising:
a radially inwardly extending first annular portion adjacent the opening;
an axially extending second annular portion adjacent the opening;
an axially extending third annular portion opposite the opening;
a radially extending fourth annular portion extending between the second and third annular portions;
a fifth annular portion extending between the third annular portion and the first annular portion; and
fabric reinforced elastomeric material entirely encapsulating the resilient body and defining the exterior surface thereof.

10. The header ring of claim **9**, wherein the fabric reinforced elastomeric material forms a barrier blocking operational nibbling away of the header ring at the junction of the first and second annular portions thereof.

11. The header ring of claim **9**, wherein the resilient body is formed substantially entirely from a homogeneous elastomeric material.

**12**. The header ring of claim **11**, wherein the homogeneous elastomeric material is natural rubber or synthetic rubber.

**13**. The header ring of claim **9**, wherein the header ring further comprises a rearward facing axially extending annular bead opposite the fourth annular portion, the bead being adjacent the first annular portion.

**14**. A header ring comprising:

a body that does not include layers of fabric, comprising an annular, radially inwardly projecting portion from which an annular pedestal portion, disposed on the opposite side of the header ring, axially extends, the radially inwardly projecting portion and the annular pedestal portion being formed of an elastomeric material, the pedestal portion having an annular interior side surface which is radially outwardly offset relative to the radially inner circumference of the radially inwardly projecting portion and forms with the radially inwardly projecting portion an annular juncture area therebetween, wherein the entire body of the header ring is covered by reinforced elastomeric material which defines the exterior surface of the header ring.

**15**. The header ring of claim **14** wherein the reinforced elastomeric material is fabric-reinforced elastomeric material.

**16**. The header ring of claim **14** wherein the elastomeric material is natural rubber or synthetic rubber.

* * * * *