# EXHIBIT 3

# / REDLINE+ PACKING

## POWERING RELIABILITY, REDEFINING EFFICIENCY.

With over 160 years of industry product innovation, **GD Energy Products** has crafted Redline+ Packing to combat core issues related to dynamic plunger sealing. Through advanced materials and refined construction, Redline+ Packing offers unmatched heat and abrasion resistance, resulting in a 44% increase in packing life, reduced downtime and enhanced operational efficiency. Rigorous field testing across North America underscores its reliability and longevity, marking Redline+ Packing as a cutting-edge seal system set to redefine standards in pumping technology.

Experience the reliability of Redline+ Packing and maximize the operational efficiency of your fleet.



### UNPARALLELED RESULTS

- **Exceptional performance against heat, friction and pressure**
- **44% increase in packing performance life**
- **Pressure Ring is 3x stronger at higher pressure**
- **Pumped over 160M lbs sand (before failure)**
- **Decreased packing removal and installation time by 15 minutes**

GD ENERGY PRODUCTS     WE BUILD CONFIDENCE.



### ELEVATED PERFORMANCE & DURABILITY

Redline+ Packing is field-proven to deliver longer life and reduced downtime, boasting a 44 percent increase in packing performance life over its predecessors. In the most challenging basins, Redline+ Packing demonstrated exceptional reliability by pumping over 160 million pounds of sand prior to failure.

### ENHANCED GEOMETRY

Redline+ Packing introduces patent-pending geometry to bolster sand exclusion and reduce packing bore wash risks. Constructed of fortified materials, Redline+ ensures superior durability and resilience in high-pressure environments. The inclusion of new header and pressure rings, with refined material composition, extends product lifespan while increasing heat and abrasion resistance.

### REDUCED DOWNTIME

Redline+ Packing improves performance in both common and high-pressure wells and extends maintenance intervals, resulting in reduced downtime for operators. The new design of Redline+ Packing maximizes overall packing life, providing assurance to operators and minimizing the need for frequent servicing.

### VERSATILE SOLUTION

Designed to fit all major fluid ends, including competitors', Redline+ Packing offers flexibility and compatibility across a range of pumping equipment, delivering ease of integration and use for operators.

**STEP INTO A NEW ERA OF UNPARALLELED RESULTS IN FRACKING OPERATIONS.**