# EXHIBIT 4

*Infringement of Claim 3 of U.S. Patent No. 10,428,949 by the header ring included with the Redline+ Packing Series*

**Independent Claim 3**



| Claim | Evidence |
|---|---|
| 3.[p] A header ring comprising: | |
| 3.1. an opening; | |

| Claim | Evidence |
|---|---|
| 3.2. a radially inwardly extending first annular surface adjacent the opening, wherein the radially inwardly extending first annular surface has a portion facing in a first direction; |  |
| 3.3. an axially extending second annular surface opposite the opening; | |

| Claim | Evidence |
|---|---|
| 3.4. a radially extending third annular surface facing in the first direction and extending between the first annular surface and the second annular surface; |  |
| 3.5. a fourth annular surface facing in a second direction, the second direction being opposite to the first direction, and extending between the second annular surface and the radially inwardly extending first annular surface; | |

| Claim | Evidence |
|---|---|
| 3.6. an axially extending annular bead facing in the second direction and opposite the third annular surface, the bead being adjacent the first annular surface; and |  |

3.7. fabric reinforced elastomeric material covering at least the surfaces of the header ring facing in the first direction.

