# EXHIBIT 5

*Infringement of claims 1 and 4 of U.S. Patent No. 11,300,206 by the header ring included with the Redline+ Packing Series*

**Independent Claim 1**

| Claim | Evidence |
|---|---|
| 1.[p] A header ring adapted to be engageable with a reciprocating, cylindrical member and a cylindrical wall of a housing in which the cylindrical member reciprocates, comprising: |  |
| 1.1. an opening; | |

| Claim | Evidence |
|---|---|
| 1.2. a generally radially inwardly facing annularly extending sealing surface adjacent the opening and adapted to be engageable with a reciprocating, cylindrical member; |  |
| 1.3. a generally axially extending radially inwardly facing surface adjacent the opening; | |

| Claim | Evidence |
|---|---|
| 1.4. a radially outwardly facing surface opposite the opening and adapted to be engageable with a cylindrical wall of a housing; | |
| 1.5. a radially extending surface extending between the generally radially inwardly facing surface and the radially outwardly facing surface; and | |



| Claim | Evidence |
|---|---|
| 1.6. an axially extending surface extending between the radially outwardly facing surface and the radially inwardly facing annularly extending sealing surface; |  |

| | |
|---|---|
| 1.7. wherein at least a section of the radially inwardly facing annularly extending sealing surface and at least a section of the generally axially extending radially inwardly facing surface comprise a layer of woven fabric; and |  |

| | |
|---|---|
| 1.8. wherein the layer of woven fabric of the section of the radially inwardly facing annularly extending sealing surface is adapted to be engageable with a reciprocating, cylindrical member. |  |

**Independent Claim 4**

| Claim | Evidence |
|---|---|
| 4.[p] A header ring adapted to be engageable with a reciprocating, cylindrical member and a cylindrical wall of a housing in which the cylindrical member reciprocates, comprising: |  |
| 4.1. an opening; and | |

| Claim | Evidence |
|---|---|
| 4.2. a resilient body, comprising: |  |
| 4.3. a generally radially inwardly extending first annular portion adjacent the opening and adapted to be engageable with a reciprocating, cylindrical member; | |

| Claim | Evidence |
|---|---|
| 4.4. a generally axially extending second annular portion adjacent the opening; |  |
| 4.5. an axially extending third annular portion opposite the opening and adapted to be engageable with a cylindrical wall of a housing; | |

| Claim | Evidence |
|---|---|
| 4.6. a radially extending fourth annular portion facing in a first direction and extending between the second and third annular portions; and |  |
| 4.7. a fifth annular portion facing in a second direction, the second direction being opposite to the first direction, and extending between the third annular portion and the first annular portion; | |

| Claim | Evidence |
|---|---|
| 4.8. wherein at least a section of the radially inwardly extending first annular portion and at least a section of the generally axially extending second annular portion comprise a surface layer of woven fabric; and |  |

| Claim | Evidence |
|---|---|
| 4.9. wherein the surface layer of woven fabric of the section of the radially inwardly extending first annular portion is adapted to be engageable with a reciprocating, cylindrical member. |  |