IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| UTEX INDUSTRIES, INC., <br>     *Plaintiff*, <br> v. <br><br> GD ENERGY PRODUCTS, LLC, <br>     *Defendant.* | C.A. No. 7:24-cv-00170-ADA-DTG <br><br> JURY TRIAL DEMANDED |
|---|---|

## SECOND AMENDED SCHEDULING ORDER

| Original Deadline | Amended Deadline | Event |
|---|---|---|
| January 22, 2026 | March 26, 2026 | Deadline to take deposition of UTEX expert Steven MacLean. |
| February 5, 2026 | April 8, 2026 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* OGP Note #9 regarding providing copies to the Court and technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| February 26, 2026 | May 7, 2026 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| March 12, 2026 | May 21, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| March 19, 2026 | June 4, 2026 | Serve objections to rebuttal disclosures; file motions *in limine*. |
| March 23, 2026 | June 8, 2026 | Parties to contact Court to confirm their pretrial conference and trial dates. |
| April 2, 2026 | June 18, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*.<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted |

| Original Deadline | Amended Deadline | Event |
|---|---|---|
| | | patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| | June 25, 2026 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to file replies to motions *in limine*. |
| April 9, 2026 | July 1, 2026 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| April 20, 2026 | July 8, 2026 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| April 17, 2026 | July 15, 2026 | **Final Pretrial Conference**. Held in person unless otherwise requested. |
| May 4, 2026 | August 3, 2026 | **Jury Selection/Trial**. |

It is so **ORDERED**.

**SIGNED** this 5th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE