**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| UTEX INDUSTRIES, INC., | |
| *Plaintiff*, | Case No. 7:24-cv-00170-ADA-DTG |
| v. | JURY TRIAL DEMANDED |
| GD ENERGY PRODUCTS, LLC, | |
| *Defendant*. | |

**JOINT NOTICE OF EXTENSION OF DEADLINE FOR PARTIES TO FILE
<u>REDACTED PUBLIC VERSIONS OF REPLY BRIEFS</u>**

Pursuant to the Court's September 18, 2025 Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff UTEX Industries, Inc. ("UTEX") and Defendant GD Energy Products, LLC ("GD Energy") respectfully files this Joint Notice of Extension of Deadline for parties to file redacted public versions of the parties' reply briefs filed under seal on April 29, 2026, from May 6, 2026 to May 13, 2026.

The Parties certify that the requested extension does not change the date of any hearing, trial, or other Court date; that the extension does not extend any deadline of a final submission that impacts the Court's ability to hold a scheduled hearing, trial, or Court event; and that the Parties agree to this extension.

1

Dated: May 5, 2026

VINSON & ELKINS LLP

*/s/ Hilary L. Preston* (with permission)
Hilary L. Preston
Texas State Bar No. 24062946
Jeffrey T. Han
Texas State Bar No. 24069870
**VINSON & ELKINS L.L.P.**
200 W. 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8400
Facsimile: (512) 542-8612
Email: hpreston@velaw.com
Email: jhan@velaw.com

Eric J. Klein
Texas State Bar No. 24041258
Paige H. Wright
Texas State Bar No. 24109833
Robert M. Levy
Texas State Bar No. 24143119
**VINSON & ELKINS L.L.P.**
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
Email: eklein@velaw.com
Email: pwright@velaw.com
Email: rlevy@velaw.com

***Counsel for Plaintiffs***
***UTEX Industries, Inc.***

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Kat Li*
Kat Li, P.C.
TX Bar No. 24070142
James John Lomeo
TX Bar No. 24118993
**KIRKLAND & ELLIS LLP**
401 West 4th Street
Austin, Texas 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101
Email: kat.li@kirkland.com
Email: james.lomeo@kirkland.com

Sean M. McEldowney (admitted *pro hac vice*)
Matthew J. McIntee (admitted *pro hac vice*)
Alexandra Obiol (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email:  sean.mceldowney@kirkland.com
Email:  matt.mcintee@kirkland.com
Email:  alexandra.obiol@kirkland.com

Nichole DeJulio (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
695 Town Center Drive, Suite 1700
Costa Mesa, CA  92626
Telephone: (213) 680-8167
Facsimile: (213) 680-8500
Email:  nichole.dejulio@kirkland.com

***Counsel for Defendant***
***GD Energy Products, LLC***

2

3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 5, 2026, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on all registered counsel of record via the Court's ECF.PACER system.

*/s/ Kat Li, P.C.*
Kat Li, P.C.