**FILED**

**AUG 07 2026**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UTEX INDUSTRIES, INC.,

    *Plaintiff,*

v.

GD ENERGY PRODUCTS, LLC,

    *Defendant.*

C.A. NO. 7:24-cv-00170-ADA-DTG

**JURY VERDICT FORM**

When answering the following questions and filling out this Jury Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, "UTEX" means Plaintiff UTEX Industries, Inc., and "GD Energy" means Defendant GD Energy Products, LLC. As used herein, "the '949 Patent" refers to U.S. Patent No. 10,428,949.

1

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

## I.    <u>Infringement</u>

**Question No. 1**: Has UTEX proven by a preponderance of the evidence that GD Energy has infringed Claim 3 of the '949 Patent?

Yes _____ (for UTEX)          No ____✓____ (for GD Energy)

**Directions**: Please proceed to Question No. 2 only if you answered "No" to Question No. 1. Otherwise, skip Question No. 2 and proceed to Question No. 3.

**Question No. 2**: UTEX failed to show by a preponderance of the evidence that GD Energy infringes Claim 3 of the '949 Patent <u>because</u>:

Please place a check next to each option that you find applies.

(A)     The Redline+ does not meet all limitations of Claim 3.          ____✓____

(B)     The Redline+ is covered by the covenant not to sue.          ____✓____

**Directions**: Please proceed to Question No. 3.

## II.    Invalidity

**Question No. 3**: Has GD Energy proven by clear and convincing evidence that Claim 3 of the '949 Patent is invalid as obvious?

Yes ___✓___ (for GD Energy)          No _____ (for UTEX)


**Question No. 4**: Has GD Energy proven by clear and convincing evidence that Claim 3 of the '949 Patent is invalid for lack of written description?

Yes _____ (for GD Energy)          No ___✓___ (for UTEX)


**Directions**: If you answered "Yes" to Question No. 1 and you answered "No" to both of Question Nos. 3 and 4, then proceed to Question No. 5. If you placed a check beside answer (B) in Question No. 2, then proceed to Question No. 9. Otherwise, proceed to the final page.

3

## III.    <u>Patent Damages</u>

**Directions for Question No. 5**: Answer Question No. 5 only if you answered "Yes" to Question No. 1 and you answered "No" to both of Question Nos. 3 and 4. If you placed a check beside answer (B) in Question No. 2, then proceed to Question No. 9. Otherwise, proceed to the final page.

**Question No. 5**: Has UTEX proven by a preponderance of the evidence that it is entitled to lost profits?

Yes _____ (for UTEX)          No _____ (for GD Energy)

**Directions**: If you answered "Yes" to Question No. 5, then answer both Question Nos. 6 and 7. If you answered "No" to Question No. 5, then skip Question No. 6 and proceed to Question No. 7.

**Question No. 6**: What amount of lost profits did UTEX prove by a preponderance of the evidence?

**Lost Profits:**          $_____

**Question No. 7**: For any sales you find are infringing for which UTEX did not prove entitlement to lost profits, what reasonable royalty did UTEX prove by a preponderance of the evidence?

**Reasonable Royalty:**      $_____

**Directions**: Please proceed to Question No. 8.

4

## IV.    <u>Willful Infringement</u>

**Directions for Question No. 8**: Answer the following question only if you answered "Yes" to Question No. 1 <u>and</u> "No" to both of Question Nos. 3 and 4.

**Question No. 8**: Has UTEX proven by a preponderance of the evidence that GD Energy's infringement was willful?

Yes _____ (for UTEX)        No _____ (for GD Energy)

**Directions**: Please skip Question No. 9 and proceed to the final page.

5

## V.    <u>Breach of Contract</u>

**Directions for Question No. 9**: Answer Question No. 9 only if you placed a check beside answer (B) in Question No. 2. Otherwise, skip Question No. 9 and proceed to the final page.

**Question No. 9**: Has GD Energy proven by a preponderance of the evidence that UTEX breached the covenant not to sue?

Yes ____✓____ (for GD Energy)          No _____ (for UTEX)

**Directions**: Please proceed to the final page.

6

## VI.    End of Verdict Form

You have now reached the end of this Jury Verdict Form. You should review it to ensure it accurately reflects your <u>unanimous</u> determinations. The Jury Foreperson should then sign and date this Jury Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep this Jury Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _7_ day of _August_ , 2026.

███████████████████████

Jury Foreperson

7