**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| UTEX INDUSTRIES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>GD ENERGY PRODUCTS, LLC,<br><br>*Defendant.* | C.A. NO. 7:24-cv-00170-ADA-DTG<br><br>**FINAL JUDGMENT** |

As determined by the unanimous jury verdict returned in this case on August 7, 2026, Judgment is entered under FED. R. CIV. P. 58 in favor of Defendant and Counterclaim-Plaintiff GD Energy Products, LLC ("GD Energy"), and against Plaintiff and Counterclaim-Defendant UTEX Industries, Inc. ("UTEX") as follows:

(a) On UTEX's Count I, GD Energy does not infringe claim 3 of U.S. Patent No. 10,428,949.

(b) On GD Energy's Third Affirmative Defense, the Redline+ is covered by the covenant not to sue in the parties' 2021 Settlement Agreement.

(c) On GD Energy's Third Counterclaim, Claim 3 of U.S. Patent No. 10,428,949 is invalid as obvious.

(d) On GD Energy's Fifth Counterclaim, UTEX breached the covenant not to sue in the parties' 2021 Settlement Agreement.

In accordance with the Court's Order Granting Joint Motion For Summary Judgment Of Non-Infringement of U.S. Patent No. 11,300,206 (Dkt. 80), it is hereby **ORDERED AND ADJUDGED** that:

(e) On UTEX's Count II, GD Energy does not infringe claims 1 or 4 of U.S. Patent No. 11,300,206.

In accordance with the Court's Order granting judgment as a matter of law, it is hereby **ORDERED AND ADJUDGED** that because GD Energy did not pursue its invalidity counterclaim as to claims 1 and 4 of U.S. Patent No. 11,300,206 at trial and such evidence was not presented at trial, judgment is entered for UTEX on GD Energy's counterclaim of invalidity as to claims 1 and 4 of U.S. Patent No. 11,300,206.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled on by the Court are **DENIED** as moot. The judgment is subject to modification following the Court's consideration of the parties' post-trial motions.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**.

This **FINAL JUDGMENT** starts the timing for filing an appeal.

**IT IS SO ORDERED**

**SIGNED** this 24th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE