**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| UTEX INDUSTRIES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>GD ENERGY PRODUCTS, LLC,<br><br>*Defendant.* | C.A. NO. 7:24-cv-00170-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## POST-TRIAL SCHEDULING ORDER

| Event | Deadline |
|---|---|
| Opening Briefs in support of any post-trial motions addressing a jury issue not decided by a verdict (Fed. R. Civ. P. 50(b)) | September 4, 2026 |
| Responsive Briefs in opposition to any post-trial motions addressing a jury issue not decided by a verdict | September 18, 2026 |
| Reply Briefs in support of any post-trial motions addressing a jury issue not decided by a verdict | September 25, 2026 |
| Bill of costs and motion for attorneys' fees (L.R. CV-54) | 14 days after final judgment |
| Notification of any opposition to the proposed bill of costs | 7 days after bill of costs filed |
| Opening Briefs in support of any post-trial motions for any judgment as a matter of law and new trial issue not addressed in the September 4 deadline (Fed. R. Civ. P. 50(b)) | 28 days after final judgment |
| Responsive Briefs in opposition to motion for attorneys' fees | 14 days after opening brief on attorneys' fees |
| Motion (Joint or by GD Energy) indicating areas of agreement and/or disagreement | 21 days after bill of costs filed |
| Reply Briefs in support of motion for attorneys' fees | 7 days after responsive briefs on attorneys' fees |

| | |
|---|---|
| Responsive Briefs in opposition to any post-trial motions for judgment as a matter of law and new trial | 14 days after opening briefs on post-trial motions |
| Reply Briefs in support of any post-trial motions for judgment as a matter of law and new trial | 7 days after responsive briefs on post-trial motions |

It is so **ORDERED**.

**SIGNED** this 24th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE