**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| UTEX INDUSTRIES, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. No. 7:24-cv-00170 |
| | § | |
| GD ENERGY PRODUCTS, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff UTEX Industries, Inc. and Defendant GD Energy Products, LLC (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice of all claims and defenses asserted by any of the Parties in the above entitled and numbered cause. Each Party shall bear its own attorneys' fees, expenses, and costs of court.

Dated: September 17, 2026

*/s/ Kat Li, P.C. (with permission)*
Kat Li, P.C.
Texas State Bar No. 24070142
KIRKLAND & ELLIS LLP
401 West 4th Street
Austin, Texas 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101
Email: kat.li@kirkland.com

Sean M. McEldowney (admitted pro hac vice)
Matthew J. McIntee (admitted pro hac vice)
Alexandra Obiol (admitted pro hac vice)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: sean.mceldowney@kirkland.com
Email: matt.mcintee@kirkland.com
Email: alexandra.obiol@kirkland.com

Leslie M. Schmidt, P.C. (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: leslie.schmidt@kirkland.com

Nichole DeJulio (admitted pro hac vice)
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: (714) 982-8822
Facsimile: (714) 982-8844
Email: nichole.dejulio@kirkland.com

**ATTORNEYS FOR DEFENDANT GD ENERGY PRODUCTS, LLC**

Respectfully submitted,

*/s/ Hilary L. Preston*
Hilary L. Preston
Texas State Bar No. 24062946
Michael A. Heidler
Texas State Bar No. 24059921
Jeffrey T. Han
Texas State Bar No. 24069870
Corbin J. Cessna
Texas State Bar No. 24120753
Brittany B. Silvester
Texas State Bar No. 24150197
VINSON & ELKINS L.L.P.
200 W. 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8400
Facsimile: (512) 542-8612
Email: hpreston@velaw.com
Email: mheidler@velaw.com
Email: jhan@velaw.com
Email: ccessna@velaw.com
Email: bsilvester@velaw.com

Eric J. Klein
Texas State Bar No. 24041258
Paige H. Wright
Texas State Bar No. 24109833
Robert M. Levy
Texas State Bar No. 24143119
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
Email: eklein@velaw.com
Email: pwright@velaw.com
Email: rlevy@velaw.com

**ATTORNEYS FOR PLAINTIFF UTEX INDUSTRIES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Hilary L. Preston*
Hilary L. Preston